IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC - 2 2005
J.T. NOBLIN, CLERK
By_____ Deputy

WILLIAM RAY BLACK, #106130                                    PETITIONER

VERSUS                                      CIVIL ACTION NO. 1:05cv444DMR-JMR

CHRISTOPHER EPPS AND JIM HOOD                                 RESPONDENTS

### FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE