

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**WILLIAM RAY BLACK, #106130**                                    **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 1:05cv444DMR-JMR**

**CHRISTOPHER EPPS AND JIM HOOD**                                 **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE